ALICE M. PAYNE, as Administratrix of the Estate of FREDERICK F. PAYNE, Deceased, Respondent, *v.* THE LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Payne* v. *Lehigh Valley R. R. Co.*, 158 App. Div. 105, affirmed.
(Argued December 11, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 20, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*John M. Brainard* for appellant.

*Frank T. Miller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ. Not voting: HISCOCK, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENZO CAMPANELLI, Appellant.

(Argued December 14, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Supreme Court rendered November 18, 1913, at a Trial Term for the county of New York, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James C. Danzilo* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.